### E. T. FOSTER *vs.* E. C. IRISH.

Kennebec County. Decided July 24, 1915. This is an action of assumpsit, in which plaintiff seeks to recover for labor performed in hauling logs and pulp wood and also for a pine log sold and delivered to the defendant, tried before the Superior Court for Kennebec County at June term, 1914. The plea was the general issue. The jury returned a verdict for the plaintiff for $109.77. Defendant filed a motion for new trial. Motion sustained. *Johnson & Perkins*, for plaintiff. *F. R. Dyer*, for defendant.